**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

**WILEY Y. DANIEL**  TELEPHONE: (303) 335-2170
UNITED STATES SENIOR DISTRICT JUDGE  TELECOPIER: (303)335-2178

# M E M O R A N D U M

**TO:**    Jeffrey P. Colwell, Clerk
          Attn: Senior Judge Team

**FROM:**  Judge Wiley Y. Daniel

**DATE:**  February 7, 2019

**RE:**    Civil Action No. **19-cv-00318-WYD**
          **DC AUTOMOTIVE, INC. d/b/a ARAPAHOE KIA, a Colorado corporation, and SLT GROUP VI, INC. d/b/a PEAK KIA, a Colorado corporation v. KIA MOTORS AMERICA, INC., a California corporation**

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.